# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

            Case No.:  18−23067−MBK  
            Chapter:  13  
            Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Mark Ranucci                                Lisa Ranucci  
   dba Onesource Title Group             611Grassmere Avenue  
   611Grassmere Avenue                  Interlaken, NJ 07712  
   Interlaken, NJ 07712

Social Security No.:  
   xxx−xx−7138                               xxx−xx−9577

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      8/28/18  
Time:     02:00 PM  
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)  
Norgaard OBoyle, attorneys for the Debtors

COMMISSION OR FEES  
$2,092.25

EXPENSES  
$0.00

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 2, 2018  
JAN:

                                                                    Jeanne Naughton  
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-23067-MBK
Mark Ranucci                                                    Chapter 13
Lisa Ranucci
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Aug 02, 2018
                              Form ID: 137             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2018.
db/jdb         +Mark Ranucci,    Lisa Ranucci,    611Grassmere Avenue,    Interlaken, NJ 07712-4316
lm             +JP Morgan Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
517619040       Chase Bank USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
517619042      +Fein Such Kahn & Shepard, PC,    7 Century Dr Ste 201,    Parsippany, NJ 07054-4673
517619043       First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
517619044       First Premier Bank-Credit Card Dept.,    PO Box 5519,    Sioux Falls, SD 57117-5519
517665124      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517636251      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2018 22:27:51      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2018 22:27:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517671442       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 02 2018 22:31:14
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517619039       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 02 2018 22:30:58      Capital One Bank NA,
                 PO Box 71083,    Charlotte, NC 28272-1083
517619041       E-mail/PDF: creditonebknotifications@resurgent.com Aug 02 2018 22:31:18      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
517619045       E-mail/Text: cio.bncmail@irs.gov Aug 02 2018 22:27:40
                 IRS - Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
517619047       E-mail/Text: bkr@cardworks.com Aug 02 2018 22:27:34      Merrick Bank,    PO Box 660702,
                 Dallas, TX 75266-0702
517660593       E-mail/Text: bnc-quantum@quantum3group.com Aug 02 2018 22:27:48
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
517619048       E-mail/Text: bankruptcy@td.com Aug 02 2018 22:27:51      TD Bank,    PO Box 9547,
                 Portland, ME 04112-9547
517619049       E-mail/Text: vci.bkcy@vwcredit.com Aug 02 2018 22:27:53      VW Credit,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517619046*       IRS-Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Brian Gregory Hannon    on behalf of Debtor Mark Ranucci bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Brian Gregory Hannon    on behalf of Joint Debtor Lisa Ranucci bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill Manzo    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION as servicer for
               U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES
               2003-S13 bankruptcy@feinsuch.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 02, 2018
                              Form ID: 137             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         Philip A Kahn    on behalf of Loss Mitigation    JP Morgan Chase pkahn@feinsuch.com
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
         Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                           TOTAL: 10