UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard O'Boyle
184 Grand Avenue
Englewood, NJ  07631
Phone: (201) 871-1333
Counsel to Debtors
By:  Brian G. Hannon, Esq. (BH - 3645)

**Order Filed on August 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MARK RANUCCI and
LISA RANUCCI

Debtor.

Case No.:   18-23067

Chapter:   13

Judge:   **Michael B. Kaplan**

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 29, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard O'Boyle_____, the applicant, is allowed a fee of $ _____2,092.25_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____2,092.25_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*