Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–23067–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mark Ranucci | Lisa Ranucci |
| dba Onesource Title Group | 611Grassmere Avenue |
| 611Grassmere Avenue | Interlaken, NJ 07712 |
| Interlaken, NJ 07712 | |

Social Security No.:
xxx–xx–7138                                          xxx–xx–9577

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

        NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
        Debtor and Joint Debtor was entered on August 29, 2018.

        Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from
the date of this Order.

Dated: August 29, 2018
JAN: slf

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-23067-MBK
Mark Ranucci                                                              Chapter 13
Lisa Ranucci
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Aug 29, 2018
                             Form ID: 148          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db/jdb          +Mark Ranucci,    Lisa Ranucci,    611Grassmere Avenue,    Interlaken, NJ 07712-4316
517710059        Emergency Physician Associate North Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
517619042       +Fein Such Kahn & Shepard, PC,    7 Century Dr Ste 201,    Parsippany, NJ 07054-4673
517682779       +TD Bank, N.A.,    c/o Schiller, Knapp, Lefkowitz,& Hertzel,    Payment Processing,    PO Box 16029,
                 Lewiston, ME 04243-9507
517687493       +TD Bank, N.A.,    c/o Richard J. Tracy, Ill, Esq.,    30 Montgomery Street, Suite 1205,
                 Jersey City, NJ 07302-3835
517665124       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517636251       +VW Credit Leasing, LLC,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 29 2018 23:30:35        U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 29 2018 23:30:32        United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm              +EDI: CHASE.COM Aug 30 2018 03:08:00        JP Morgan Chase,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
517671442        EDI: CAPITALONE.COM Aug 30 2018 03:08:00        Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517619039        EDI: CAPITALONE.COM Aug 30 2018 03:08:00        Capital One Bank NA,    PO Box 71083,
                 Charlotte, NC  28272-1083
517619040        EDI: CHASE.COM Aug 30 2018 03:08:00        Chase Bank USA NA,    PO Box 15298,
                 Wilmington, DE  19850-5298
517619041        EDI: RCSFNBMARIN.COM Aug 30 2018 03:08:00        Credit One Bank,    PO Box 60500,
                 City of Industry, CA  91716-0500
517619043        EDI: AMINFOFP.COM Aug 30 2018 03:08:00        First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD  57107-0145
517619044        EDI: AMINFOFP.COM Aug 30 2018 03:08:00        First Premier Bank-Credit Card Dept.,    PO Box 5519,
                 Sioux Falls, SD  57117-5519
517619045        EDI: IRS.COM Aug 30 2018 03:08:00        IRS - Centralized Insolvency Operations,    PO Box 7346,
                 Philadelphia, PA  19101-7346
517691674        EDI: RESURGENT.COM Aug 30 2018 03:08:00        LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517619047        EDI: MERRICKBANK.COM Aug 30 2018 03:03:00        Merrick Bank,    PO Box 660702,
                 Dallas, TX  75266-0702
517715532       +EDI: JEFFERSONCAP.COM Aug 30 2018 03:08:00        Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517660593        EDI: Q3G.COM Aug 30 2018 03:08:00        Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
517619048        EDI: TDBANKNORTH.COM Aug 30 2018 03:08:00        TD Bank,    PO Box 9547,
                 Portland, ME  04112-9547
517619049        E-mail/Text: vci.bkcy@vwcredit.com Aug 29 2018 23:30:45        VW Credit,    1401 Franklin Blvd,
                 Libertyville, IL  60048-4460
517721748       +EDI: AIS.COM Aug 30 2018 03:08:00        Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                            TOTAL: 17

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517619046*        IRS-Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA  19101-7346
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                              Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 29, 2018
                             Form ID: 148              Total Noticed: 24

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:

       Albert  Russo    docs@russotrustee.com
       Brian Gregory Hannon    on behalf of Debtor Mark  Ranucci bhannon@norgaardfirm.com,
      sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
       Brian Gregory Hannon    on behalf of Joint Debtor Lisa  Ranucci bhannon@norgaardfirm.com,
      sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
       Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
       Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
       Jill  Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION as servicer for
      U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES
      2003-S13 bankruptcy@feinsuch.com
       Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com,
      bkgroup@kmllawgroup.com
       Philip A Kahn    on behalf of Loss Mitigation    JP Morgan Chase pkahn@feinsuch.com
       Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
       Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@schillerknapp.com,
      tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                       TOTAL: 11