Case 18-23067-MBK    Doc 56    Filed 12/23/18    Entered 12/24/18 00:41:17    Desc Imaged
Certificate of Notice    Page 1 of 3

Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23067−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark Ranucci
dba Onesource Title Group
611Grassmere Avenue
Interlaken, NJ 07712

Lisa Ranucci
611Grassmere Avenue
Interlaken, NJ 07712

Social Security No.:
xxx−xx−7138         xxx−xx−9577

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      1/22/19
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Norgaard O'Boyle, Debtor's Attorney

COMMISSION OR FEES
$8,939.75

EXPENSES
$510.94

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: December 21, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-23067-MBK
Mark Ranucci                                                            Chapter 13
Lisa Ranucci
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Dec 21, 2018
                              Form ID: 137             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db/jdb        +Mark Ranucci,   Lisa Ranucci,   611Grassmere Avenue,   Interlaken, NJ 07712-4316
lm            +JP Morgan Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
517619040      Chase Bank USA NA,   PO Box 15298,   Wilmington, DE 19850-5298
517710059      Emergency Physician Associate North Jersey, PC,   PO Box 1123,   Minneapolis MN 55440-1123
517619042     +Fein Such Kahn & Shepard, PC,   7 Century Dr Ste 201,   Parsippany, NJ 07054-4673
517619043      First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
517619044      First Premier Bank-Credit Card Dept.,   PO Box 5519,   Sioux Falls, SD 57117-5519
517682779     +TD Bank, N.A.,   c/o Schiller, Knapp, Lefkowitz,& Hertzel,   Payment Processing,   PO Box 16029,
                Lewiston, ME 04243-9507
517687493     +TD Bank, N.A.,   c/o Richard J. Tracy, Ill, Esq.,   30 Montgomery Street, Suite 1205,
                Jersey City, NJ 07302-3835
517665124     +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                Addison, Texas 75001-9013
517915382      US Bank National Bank Assoc.,   c/o Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
517636251     +VW Credit Leasing, Ltd,   c/o VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2018 23:51:56     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2018 23:51:54     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517671442      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 22 2018 00:01:31
                Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
517619039      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 22 2018 00:02:19     Capital One Bank NA,
                PO Box 71083,   Charlotte, NC 28272-1083
517619041      E-mail/PDF: creditonebknotifications@resurgent.com Dec 22 2018 00:02:24     Credit One Bank,
                PO Box 60500,   City of Industry, CA 91716-0500
517619045      E-mail/Text: cio.bncmail@irs.gov Dec 21 2018 23:51:37
                IRS - Centralized Insolvency Operations,   PO Box 7346,   Philadelphia, PA 19101-7346
517691674      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2018 00:02:00
                LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
                FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517827007      E-mail/Text: bkr@cardworks.com Dec 21 2018 23:51:26     MERRICK BANK,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517619047      E-mail/Text: bkr@cardworks.com Dec 21 2018 23:51:26     Merrick Bank,   PO Box 660702,
                Dallas, TX 75266-0702
517715532     +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2018 23:52:02     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517660593      E-mail/Text: bnc-quantum@quantum3group.com Dec 21 2018 23:51:50
                Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA 98083-0788
517619048      E-mail/Text: bankruptcy@td.com Dec 21 2018 23:51:56     TD Bank,   PO Box 9547,
                Portland, ME 04112-9547
517619049      E-mail/Text: vci.bkcy@vwcredit.com Dec 21 2018 23:52:00     VW Credit,   1401 Franklin Blvd,
                Libertyville, IL 60048-4460
517721748     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2018 00:02:05      Verizon,
                by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517619046*      IRS-Centralized Insolvency Operations,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Dec 21, 2018
                              Form ID: 137             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Brian Gregory Hannon    on behalf of Debtor Mark  Ranucci bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian Gregory Hannon    on behalf of Joint Debtor Lisa  Ranucci bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION as servicer for
               U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES
               2003-S13 bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor   VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Philip A Kahn    on behalf of Loss Mitigation    JP Morgan Chase pkahn@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```