UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Lease Trust

Order Filed on March 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lisa Ranucci and Mark Ranucci

Debtors.

Case No.:  18-23067 MBK
Adv. No.:
Hearing Date:  8/28/18 @ 10:00 a.m.

Judge:  Michael B. Kaplan

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: March 14, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:             Lisa Ranucci, Mark Ranucci
Case No.:            18-23067 MBK
Caption:             **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                     DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Toyota Lease Trust, the lessor of the subject 2018 TOYOTA HIGHLANDER, VIN: 5TDJZRFH1JS498316, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Brian Gregory Hannon, Esquire, attorney for Debtor, Damiano Consilvio, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 5) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve her right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-23067-MBK
Mark Ranucci                                                                    Chapter 13
Lisa Ranucci
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Mar 14, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db/jdb          +Mark Ranucci,   Lisa Ranucci,   611Grassmere Avenue,   Interlaken, NJ 07712-4316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Brian Gregory Hannon   on behalf of Debtor Mark  Ranucci bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Brian Gregory Hannon   on behalf of Joint Debtor Lisa  Ranucci bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Denise E. Carlon   on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jill  Manzo   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION as servicer for
           U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES
           2003-S13 bankruptcy@feinsuch.com
          Kevin Gordon McDonald   on behalf of Creditor    VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Philip A Kahn   on behalf of Loss Mitigation    JP Morgan Chase pkahn@feinsuch.com
          Rebecca Ann Solarz   on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          Richard James Tracy, III   on behalf of Creditor    TD Bank, N.A. rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 11