UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13
JILL A. MANZO, ESQ.
CH2772
bankruptcy@feinsuch.com

**Order Filed on April 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 18-23067 MBK |
|---|---|
| MARK RANUCCI dba ONESOURCE TITLE GROUP  and LISA RANUCCI | Chapter: 13 |
|  | Hearing Date: |
| Debtor(s). | Judge: Honorable Michael B. Kaplan |

**ORDER ALLOWING LATE PROOF OF CLAIM**

The relief set forth on the following page(s) is hereby ORDERED.

**DATED: April 13, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C. attorneys for the Secured Creditors, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13, for Order Allowing Late Proof of Claim and good cause having been shown, it is hereby

ORDERED, that Secured Creditor's, or its successors or assignees proof of claim, filed on 2/14/19, as Claim No. 15 on the Claims Register, is hereby allowed and the Chapter 13 Trustee is permitted to pay said claim and the Chapter 13 Trustee is permitted to pay said claim.

It is further ORDERED, that the Debtors retain to right to file an objection to the proof of claim pursuant to D.N.J. LBR 3007-1.

It is further ORDERED, that the movant shall serve this order on the Debtors, Debtors' attorney, any trustee and any other party who entered an appearance on the motion.