| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ  07631<br>Phone: (201) 871-1333<br>Counsel to Debtors<br>By:  Brian G. Hannon, Esq. (BH - 3645)<br><br>In Re:<br>MARK RANUCCI and<br>LISA RANUCCI<br><br>                    Debtors. | Order Filed on May 31, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:     18-23067<br><br>Chapter:     13<br><br>Judge:     Michael B. Kaplan |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 31, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard O'Boyle_____, the applicant, is allowed a fee of $ _____12,032.50_____ for services rendered and expenses in the amount of $_____623.32_____ for a total of $_____12,655.82_____ . The allowance is payable:

    ☒    through the Chapter 13 plan as an administrative priority.

    ☐    outside the plan.

The payments due and under the Modified plan filed on December 10, 2018 will be modified as follows. The Debtor will make 6 monthly payments of $175, then one monthly payment of $43,500, then 11 monthly payments of $175, then one monthly payment of $56,155, then 11 monthly payments of $175, then one monthly payment of $43,500, then 11 monthly payments of $175, then one monthly payment of $43,500,then 11 monthly payments of $175, then one monthly payment of $43,500 and then 5 monthly payments of $175.

The above fee is accounted for in the increased payment due in January of 2020. As such, the distribution to creditors is not affected by this Fee Application.

*rev.8/1/15*