Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 18−23067−MBK
          Chapter: 13
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Mark Ranucci                                           Lisa Ranucci
   dba Onesource Title Group                   611Grassmere Avenue
   611Grassmere Avenue                       Interlaken, NJ 07712
   Interlaken, NJ 07712

Social Security No.:
   xxx−xx−7138                                       xxx−xx−9577

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       11/5/19
Time:      02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Norgaard O'Boyle, Debtor's Attorney

COMMISSION OR FEES
fee: $4964.75

EXPENSES
$19.20

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 4, 2019
JAN:

                                                    Jeanne Naughton
                                                    Clerk

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 18-23067-MBK
Mark Ranucci                                                    Chapter 13
Lisa Ranucci
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Oct 04, 2019
                              Form ID: 137                Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db/jdb         +Mark Ranucci,    Lisa Ranucci,    611Grassmere Avenue,    Interlaken, NJ 07712-4316
lm             +JP Morgan Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
517619040       Chase Bank USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
517710059       Emergency Physician Associate North Jersey, PC,     PO Box 1123,    Minneapolis MN 55440-1123
517619042      +Fein Such Kahn & Shepard, PC,    7 Century Dr Ste 201,    Parsippany, NJ 07054-4673
517619043       First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
517619044       First Premier Bank-Credit Card Dept.,     PO Box 5519,   Sioux Falls, SD 57117-5519
518029177       JPMORGAN BANK, N.A. servicer for US BANK NATIONAL,     CHASE RECORDS CENTER ATT CORRESPONDENCE,
                 MAIL CODE LA4-5555,    700 KANSAS LANE MONROE LA 71203
517682779      +TD Bank, N.A.,    c/o Schiller, Knapp, Lefkowitz,& Hertzel,    Payment Processing,    PO Box 16029,
                 Lewiston, ME 04243-9507
517687493      +TD Bank, N.A.,    c/o Richard J. Tracy, Ill, Esq.,    30 Montgomery Street, Suite 1205,
                 Jersey City, NJ 07302-3835
517665124      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517915382       US Bank National Bank Assoc.,    c/o Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
517636251      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2019 23:56:13      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2019 23:56:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517671442       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 05 2019 00:03:17
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
517619039       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 05 2019 00:03:37      Capital One Bank NA,
                 PO Box 71083,    Charlotte, NC 28272-1083
517619041       E-mail/PDF: creditonebknotifications@resurgent.com Oct 05 2019 00:03:21      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
517619045       E-mail/Text: cio.bncmail@irs.gov Oct 04 2019 23:55:58
                 IRS - Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
517691674       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 05 2019 00:03:23
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517827007       E-mail/Text: bkr@cardworks.com Oct 04 2019 23:54:51      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
517619047       E-mail/Text: bkr@cardworks.com Oct 04 2019 23:54:51      Merrick Bank,    PO Box 660702,
                 Dallas, TX 75266-0702
517715532      +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 04 2019 23:56:19      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517660593       E-mail/Text: bnc-quantum@quantum3group.com Oct 04 2019 23:56:08
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
517619048       E-mail/Text: bankruptcy@td.com Oct 04 2019 23:56:14      TD Bank,    PO Box 9547,
                 Portland, ME 04112-9547
518003381       E-mail/Text: bankruptcy@td.com Oct 04 2019 23:56:14      TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz Hertzel LLP,    70 Gray Road,    Falmouth, ME 04105
517619049       E-mail/Text: vci.bkcy@vwcredit.com Oct 04 2019 23:56:18      VW Credit,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
517721748      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2019 00:03:45      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517619046*      IRS-Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Oct 04, 2019
                              Form ID: 137             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:

```
              Albert   Russo    docs@russotrustee.com
              Brian Gregory Hannon     on behalf of Debtor Mark   Ranucci bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Brian Gregory Hannon     on behalf of Joint Debtor Lisa   Ranucci bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Denise E. Carlon     on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill   Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION as servicer for
               U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES
               2003-S13 bankruptcy@feinsuch.com
              Kevin Gordon McDonald     on behalf of Creditor    VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Philip A Kahn     on behalf of Loss Mitigation    JP Morgan Chase pkahn@feinsuch.com
              Rebecca Ann Solarz     on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Richard James Tracy, III     on behalf of Creditor    TD Bank, N.A. rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```