Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23067−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Mark Ranucci                                   Lisa Ranucci
   dba Onesource Title Group             611Grassmere Avenue
   611Grassmere Avenue                Interlaken, NJ 07712
   Interlaken, NJ 07712

Social Security No.:
   xxx−xx−7138                                      xxx−xx−9577

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     5/5/20
Time:    02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
NORGAARD, OBOYLE & HANNON, Attorney for Debtors

COMMISSION OR FEES
3,814.50

EXPENSES
$161.78

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 14, 2020
JAN:

                                                                   Jeanne Naughton
                                                                   Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                           Case No. 18-23067-MBK
Mark Ranucci                                                     Chapter 13
Lisa Ranucci
        Debtors               CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Apr 14, 2020
                              Form ID: 137             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
db/jdb        +Mark Ranucci,    Lisa Ranucci,    611Grassmere Avenue,    Interlaken, NJ 07712-4316
517710059      Emergency Physician Associate North Jersey, PC,     PO Box 1123,   Minneapolis MN 55440-1123
517619042     +Fein Such Kahn & Shepard, PC,    7 Century Dr Ste 201,   Parsippany, NJ 07054-4673
517619043      First Premier Bank,   3820 N Louise Ave,    Sioux Falls, SD  57107-0145
517619044      First Premier Bank-Credit Card Dept.,    PO Box 5519,   Sioux Falls, SD  57117-5519
518029177      JPMORGAN BANK, N.A. servicer for US BANK NATIONAL,    CHASE RECORDS CENTER ATT CORRESPONDENCE,
               MAIL CODE LA4-5555,    700 KANSAS LANE MONROE LA 71203
517682779     +TD Bank, N.A.,    c/o Schiller, Knapp, Lefkowitz,& Hertzel,    Payment Processing,   PO Box 16029,
               Lewiston, ME 04243-9507
517687493     +TD Bank, N.A.,    c/o Richard J. Tracy, Ill, Esq.,    30 Montgomery Street, Suite 1205,
               Jersey City, NJ 07302-3835
517665124     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
517636251     +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2020 01:33:12     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2020 01:33:07     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
lm             E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 15 2020 01:42:13    JP Morgan Chase,
               P.O. Box 15298,   Wilmington, DE  19850
517671442      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 01:42:17
               Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517619039      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2020 01:41:11     Capital One Bank NA,
               PO Box 71083,   Charlotte, NC  28272-1083
517619041      E-mail/PDF: creditonebknotifications@resurgent.com Apr 15 2020 01:41:15     Credit One Bank,
               PO Box 60500,   City of Industry, CA  91716-0500
517619045      E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 15 2020 01:32:08
               IRS - Centralized Insolvency Operations,    PO Box 7346,   Philadelphia, PA  19101-7346
517619040      E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 15 2020 01:43:32     Chase Bank USA NA,
               PO Box 15298,   Wilmington, DE  19850-5298
517691674      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 01:42:32
               LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
               FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517827007      E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 15 2020 01:42:02     MERRICK BANK,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517619047      E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 15 2020 01:43:24     Merrick Bank,
               PO Box 660702,   Dallas, TX  75266-0702
517715532     +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 15 2020 01:33:30     Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517660593      E-mail/Text: bnc-quantum@quantum3group.com Apr 15 2020 01:32:46
               Quantum3 Group LLC as agent for,    CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
517619048      E-mail/Text: bankruptcy@td.com Apr 15 2020 01:33:17     TD Bank,   PO Box 9547,
               Portland, ME  04112-9547
518003381      E-mail/Text: bankruptcy@td.com Apr 15 2020 01:33:17     TD Bank, N.A.,
               c/o Schiller Knapp Lefkowitz Hertzel LLP,    70 Gray Road,   Falmouth, ME 04105
517915382      E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 15 2020 01:42:13
               US Bank National Bank Assoc.,   c/o Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
517619049      E-mail/Text: vci.bkcy@vwcredit.com Apr 15 2020 01:33:26     VW Credit,   1401 Franklin Blvd,
               Libertyville, IL  60048-4460
517721748     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 15 2020 01:41:47     Verizon,
               by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517619046*       IRS-Centralized Insolvency Operations,    PO Box 7346,   Philadelphia, PA  19101-7346
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Apr 14, 2020
                              Form ID: 137             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2020 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Brian Gregory Hannon    on behalf of Debtor Mark    Ranucci bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Brian Gregory Hannon    on behalf of Joint Debtor Lisa    Ranucci bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jill    Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION as servicer for
           U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES
           2003-S13 bankruptcy@feinsuch.com
          Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Philip A Kahn    on behalf of Loss Mitigation    JP Morgan Chase pkahn@feinsuch.com
          R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AS SERVICER FOR
           U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WASHINGTON MUTUAL MSC MORTGAGE PASS-THROUGH
           CERTIFICATES SERIES 2003-S13 bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@hillwallack.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 13
```