|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ  07631<br>Phone: (201) 871-1333<br>Counsel to Debtors<br>By:  Brian G. Hannon, Esq. (BH - 3645) |
| In Re:<br><br>Mark Ranucci and<br>Lisa Ranucci,<br><br>Debtors. |

**Order Filed on May 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    18-23067

Chapter:    13

Judge:    MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 6, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard O'Boyle & Hannon_____, the applicant, is allowed a fee of $ _____3,814.50_____ for services rendered and expenses in the amount of $_____161.78_____ for a total of $_____3,976.28_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____*_____ per month for _____*_____ months to allow for payment of the above fee.

\* The Debtors' plan payment due on 1/1/2021 is increased to 47,500.00

*rev.8/1/15*