| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>District of New Jersey | **Order Filed on May 18, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br><br>Standing Chapter 13 Trustee | Case No.:  18-23067 MBK |
| In Re:<br><br>    MARK RANUCCI<br><br>    LISA RANUCCI<br><br>                        Debtor(s) | Hearing Date: 5/5/20<br><br>Judge:   Michael B. Kaplan<br><br>Chapter 13 |

### ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED.**

**DATED: May 18, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $ 102,630.00  paid to date (22 mo);

- Debtor(s) shall remit $ 200.00  per month to the Trustee for 8 months beginning 5/1/2020;

- Debtor(s) shall remit $ 47,500.00 to the Trustee for 1 month beginning 1/1/2021;

- Debtor(s) shall remit $ 200.00 per month to the Trustee for 11  months beginning 2/1/2021;

- Debtor(s) shall remit $ 43,500.00 to the Trustee for 1 month beginning 1/1/2022;

- Debtor(s) shall remit $ 200.00 per month to the Trustee for 11  months beginning 2/1/2022;

- Debtor(s) shall remit $43,500.00 to the Trustee for 1  month beginning 1/1/2023;

- Debtor(s) shall remit $ 200.00  per month to the Trustee for 5 months beginning 2/1/2023

- If the Debtor(s) fail to make regular payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.