```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FEIN, SUCH, KAHN & SHEPARD PC
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION as servicer for U.S. BANK
NATIONAL ASSOCIATION, AS TRUSTEE FOR
WASHINGTON MUTUAL MSC MORTGAGE
PASS-THROUGH CERTIFICATES SERIES 2003-
S13
R.A. LEBRON, ESQ.
CH2772
bankruptcy@feinsuch.com
```

**Order Filed on June 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re:<br><br>MARK RANUCCI dba<br>ONESOURCE TITLE GROUP and<br>LISA RANUCCI<br><br>Debtor(s). | Case No.:  18-23067 MBK<br><br>Chapter:  13<br><br>Hearing Date:  April 28, 2020<br><br>Judge:  Hon. Michael B. Kaplan |
|---|---|

Recommended Local Form:   ☐ Followed   ☒ Modified

### ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT WITH CONDITIONS

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: June 8, 2020**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

| | |
|---|---|
| Applicant: | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WASHINGTON MUTUAL MSC MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 |
| Applicant's Counsel: | Fein, Such, Kahn & Shepard, P.C. |
| Debtors' Counsel: | BRIAN GREGORY HANNON |
| Property Involved (Collateral") | 611 GRASSMERE AVENUE INTERLAKEN, NJ 07712 |

Relief sought:  ☒ Creditor's Certification of Default

☐ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Certification of Default is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtors are overdue for 2 months, from March, 2020 to April, 2020.

    ☒ The Debtors are overdue for 2 regular payments at $2,928.21 and 2 stipulation payments at $1,173.54 and $1,173.55 with $1,048.31 in suspense.

    ☐ The Debtors are assessed for N/A late charges at N/A per month.

    ☐ Applicant acknowledges receipt of funds in the amount of N/A received after the Certification was filed.

    Total Arrearages Due $7,155.20.

2. Debtors must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of $2,928.21. Payment shall be made no later than May 1, 2020.

    ☒ Beginning on May 1, 2020, regular monthly mortgage payments shall continue to be made in the amount of $2,928.21.

    ☐ Beginning on N/A additional monthly cure payments shall

be made in the amount of $N/A for N/A months.

☒ The amount of $4,226.99 shall be capitalized in the Debtors' Chapter 13 plan. The Debtors must file a modified plan and budget within 7 days unless an order is agreed upon with the Standing Trustee adjusting the plan payment amount to account for post-petition amounts being added to the plan. *An Amended or Supplemental Proof of Claim is not required unless specifically requested by the Standing Trustee.*

3. Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:            JPMorgan Chase Bank, N.A.
                                Attn: Bankruptcy Department
                                3415 Vision Drive
                                OH4-7133
                                Columbus, OH 43219


☒ Regular monthly payment:      JPMorgan Chase Bank, N.A.
                                Attn: Bankruptcy Department
                                3415 Vision Drive
                                OH4-7133
                                Columbus, OH 43219


☐ Monthly cure payment:




4. In the event of Default:


☒ If the Debtors fail to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☐ The Applicant is awarded attorneys fees of $N/A, and costs of $N/A.

   The fees and costs are payable:

   ☐ through the Chapter 13 plan.

   ☐ to the Secured Creditor within _____ days.

☒ Attorneys' fees are not awarded.

6. Upon dismissal, discharge, chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding, payments will be due pursuant to the terms of the original loan agreement and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.