Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                                    Case No.: 18–23067–MBK
                                                    Chapter: 13
                                                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mark Ranucci | Lisa Ranucci |
| dba Onesource Title Group | 611Grassmere Avenue |
| 611Grassmere Avenue | Interlaken, NJ 07712 |
| Interlaken, NJ 07712 | |

Social Security No.:
  xxx–xx–7138                                           xxx–xx–9577

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      10/28/20
Time:     01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Norgaard, O'Boyle & Hannon, Debtor's Attorney

COMMISSION OR FEES
fee: $1775.00,

EXPENSES
expenses: $158.69

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☑    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows: he amount paid to unsecured creditors will be reduced by
the amount of this application, if granted.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 28, 2020
JAN: kmm

                                                          Jeanne Naughton
                                                          Clerk