UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____          _____
                                        Debtor's Signature

Date: _____          _____
                                        Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

**POST-PETITION PAYMENTS** (Stipulation Agreement entered 6/8/2020)

| Amount Due | Date Payment Was Due | How Payment was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check# |
|---|---|---|---|---|---|
| 1. $2,928.21 | 05/01/20 | 05/01/20 | $2,928.21 | 10/13/20 | |
| 2. $2,928.21 | 06/01/20 | 06/01/20 | $2,928.21 | 10/19/20 | |
| 3. $2,928.21 | 07/01/20 | 07/01/20 | $2,928.21 | 10/20/20 | |
| 4. $2,928.21 | 08/01/20 | 08/01/20 | $2,928.21 | 10/20/20 | |
| 5. $2,928.21 | 09/01/20 | 09/01/20 | $2,928.21 | 01/05/21 | |
| 6. $2,928.21 | 10/01/20 | 10/01/20 | $2,928.21 | 01/05/21 | |
| 7. $2,928.21 | 11/01/20 | 11/01/20 | $2,952.50(to suspense $24.29) | 01/26/21 | |
| 8. $2,928.21 | 12/01/20 | 12/01/20 | $2,928.70 | 04/21/21 | |
| 9. $2,952.50 | 01/01/21 | 01/01/21 | $2,952.50 | 05/10/21 | Check#701 |
| 10. $2,952.50 | 02/01/21 | 02/01/21 | $2,952.50 | 05/19/21 | Conf.# 29165039 |
| 11. $2,952.50 | 03/01/21 | 03/01/21 | $2,952.50 | 05/19/21 | Conf. # 29165040 |
| 12. $2,952.50 | 04/01/21 | 04/01/21 | $2,952.50 | 05/20/21 | Conf#29140642 |
| 13. $2,952.50 | 05/01/21 | 05/01/21 | $2,952.50 | 05/25/21 | Conf# 29175743 |
| **TOTAL 0** | | | | | |
| | | | | | |

[Continue on attached sheets if necessary.]

**MONTHLY PAYMENTS PAST DUE:**
  0   x $2,952.50 (MONTHLY PAYMENT) LESS $24.29 SUSPENSE = **$0 TOTAL NOW DUE**  AS OF 5/27/21

Each Monthly Payment is comprised of:
(Attach sheets if payment amount varies from figures set forth below.)
      Principal           $1,813.32
      Interest            $
      R.E. Taxes       $
      Insurance        $
      Late Charge     $
      Other              $1,139.18     (Escrow)
      **TOTAL**           **$2,952.50**