Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                                     Case No.:  18−23067−MBK  
                                     Chapter:  13  
                                     Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Mark Ranucci                                    Lisa Ranucci  
   dba Onesource Title Group                 611Grassmere Avenue  
   611Grassmere Avenue                     Interlaken, NJ 07712  
   Interlaken, NJ 07712

Social Security No.:  
   xxx−xx−7138                                    xxx−xx−9577

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/23/21 at 09:00 AM

to consider and act upon the following:

*130* − Creditor's Certification of Default (related document:46 Motion for Relief from Stay re: 611 GRASSMERE AVENUE, INTERLAKEN, NJ 07712. Fee Amount $ 181. filed by Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS−THROUGH CERTIFICATES SERIES 2003−S13) filed by R. A. Lebron on behalf of SELECT PORTFOLIO SERVICING, INC as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2003−S13. Objection deadline is 06/1/2021. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Lebron, R.)

Dated: 5/28/21

                                                               Jeanne Naughton  
                                                               Clerk, U.S. Bankruptcy Court