Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23067−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Mark Ranucci                                            Lisa Ranucci
   dba Onesource Title Group                  611Grassmere Avenue
   611Grassmere Avenue                       Interlaken, NJ 07712
   Interlaken, NJ 07712

Social Security No.:
   xxx−xx−7138                                     xxx−xx−9577

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      9/22/21
Time:     01:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Norgaard, O'Boyle & Hannon, Debtor's Attorney

COMMISSION OR FEES
fee: $2988.00

EXPENSES
$20.96

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 25, 2021
JAN:

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Mark Ranucci  
Lisa Ranucci  
    Debtors

Case No. 18-23067-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Aug 25, 2021      Form ID: 137      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Ranucci, Lisa Ranucci, 611Grassmere Avenue, Interlaken, NJ 07712-4316 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517710059 | | Emergency Physician Associate North Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 517619042 | + | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4673 |
| 517619043 | | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517619044 | | First Premier Bank-Credit Card Dept., PO Box 5519, Sioux Falls, SD 57117-5519 |
| 518029177 | | JPMORGAN BANK, N.A. servicer for US BANK NATIONAL, CHASE RECORDS CENTER ATT CORRESPONDENCE, MAIL CODE LA4-5555, 700 KANSAS LANE MONROE LA 71203 |
| 517682779 | + | TD Bank, N.A., c/o Schiller, Knapp, Lefkowitz,& Hertzel, Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517687493 | + | TD Bank, N.A., c/o Richard J. Tracy, Ill, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 517665124 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518967707 | + | U.S. Bank National Association on behalf of Certi, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518967708 | | U.S. Bank National Association on behalf of Certi, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165, U.S. Bank National Association on behalf Serviced by Select Portfolio Servicing, |
| 517636251 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 25 2021 20:33:10 | JP Morgan Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 517671442 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 25 2021 20:33:10 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517619039 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 25 2021 20:33:10 | Capital One Bank NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 517619041 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2021 20:33:05 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 517619045 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2021 20:24:00 | IRS - Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517619040 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 25 2021 20:33:07 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 517691674 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2021 20:33:08 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517827007 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

Case 18-23067-MBK    Doc 143    Filed 08/27/21    Entered 08/28/21 00:12:34    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: 137 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 25 2021 20:33:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517619047 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2021 20:33:11 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 517715532 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2021 20:24:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517660593 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2021 20:24:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517619048 | | Email/Text: bankruptcy@td.com | Aug 25 2021 20:24:00 | TD Bank, PO Box 9547, Portland, ME 04112-9547 |
| 518003381 | | Email/Text: bankruptcy@td.com | Aug 25 2021 20:24:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 517915382 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 25 2021 20:33:04 | US Bank National Bank Assoc., c/o Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 517619049 | | Email/Text: vci.bkcy@vwcredit.com | Aug 25 2021 20:24:00 | VW Credit, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 517721748 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 25 2021 20:33:12 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517619046 | * | IRS-Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian Gregory Hannon | on behalf of Debtor Mark Ranucci bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaar |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 25, 2021 | Form ID: 137 | Total Noticed: 31 |

| | |
|---|---|
| | dfirm.com |
| Brian Gregory Hannon | |
| | on behalf of Joint Debtor Lisa Ranucci bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | |
| | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | |
| | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Jill Manzo | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 bankruptcy@fskslaw.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor VW Credit Leasing  Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Philip A Kahn | |
| | on behalf of Loss Mitigation JP Morgan Chase pkahn@feinsuch.com |
| R. A. Lebron | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2003-S13 bankruptcy@fskslaw.com |
| R. A. Lebron | |
| | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-S13 bankruptcy@fskslaw.com |
| R. A. Lebron | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 bankruptcy@fskslaw.com |
| R. A. Lebron | |
| | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WASHINGTON MUTUAL MSC MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 bankruptcy@fskslaw.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Richard Gerbino | |
| | on behalf of Creditor TD Bank  N.A. a/k/a TD Banknorth, N.A. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Richard James Tracy, III | |
| | on behalf of Creditor TD Bank  N.A. richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18