UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
716 Newman Springs Road, Suite 372
Lincroft, New Jersey  07738
(551) 280-9780
Richard Gerbino, Esq. (ID #057351993)
Attorneys for Creditor TD Bank N.A. a/k/a TD
Banknorth N.A.

| | |
|---|---|
| In Re:<br><br>    Mark Ranucci<br>        d/b/a Onesource Title Group<br>    Lisa Ranucci,<br><br>                    Debtors. | Case No.:      18-23067-mbk<br><br>Chapter:             13<br><br>Hearing Date:      10/13/21<br><br>Judge:      Michael B. Kaplan |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below

has been:

☒  Settled                ☐  Withdrawn

Matter:  Motion for Relief from Stay filed on August 6, 2021 as document number 140.

_____

Date: 10/6/2021                          /s/ Richard Gerbino
                                         Signature

*rev.8/1/15*