DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
716 Newman Springs Road, Suite 372
Lincroft, New Jersey 07738
(551) 280-9780
Richard Gerbino, Esq. (ID #057351993)
Attorneys for Creditor TD Bank N.A. a/k/a TD Banknorth N.A.

Order Filed on October 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mark Ranucci
  d/b/a Onesource Title Group
Lisa Ranucci,

              Debtors.

Case No.:  18-23067-mbk

Hearing Date:

Judge:  Hon. Michael B. Kaplan

Chapter: 13

## CONSENT ORDER RESOLVING MOTIOIN FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: October 19, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
Debtor: Mark Ranucci and Lisa Ranucci
Case No.: 18-23067-MBK
Caption of Order:   **Consent Order Resolving Motion for Relief from Automatic Stay**

---

WHEREAS, TD Bank N.A. a/k/a TD Banknorth, N.A. (hereinafter "Creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the Creditor and Debtors hereby agree as follows:

1.  That the Debtors will continue to make the regular monthly payments pursuant to the terms of the Home Equity Line of Credit Agreement and Disclosure Statement and Mortgage in a timely fashion commencing with the payment due on or before September 1, 2021.

2.  In the event Debtors fail to make any payment called for in this Consent Order thirty (30) days of the due date, Creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the Debtors and counsel for Debtors.  Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the Creditor relief from the automatic stay unless the Debtors have filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

**Page 3**
Debtor: Mark Ranucci and Lisa Ranucci
Case No.: 18-23067-MBK
Caption of Order:  **Consent Order Resolving Motion for Relief from Automatic Stay**

---

3.  The Debtors shall reimburse the Creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $188.00 for bringing the motion for relief from the automatic stay.

| | |
|---|---|
| */s/ Richard Gerbino* | */s/ Brian Gregory Hannon* |
| Richard Gerbino, Esq. | Brian Gregory Hannon, Esq. |
| Attorney for Creditor | Attorney for Debtor |
| Schiller, Knapp, Lefkowitz & Hertzel, LLP | Law Office of Norgaard O'Boyle |
| 716 Newman Springs Road, Suite 372 | 184 Grand Avenue |
| Lincroft, New Jersey 07738 | Englewood, New Jersey 07631 |
| | |
| Dated: September 23, 2021 | Dated: September 23, 2021 |