| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>SCHILLER, KNAPP, LEFKOWITZ<br>& HERTZEL LLP<br>716 Newman Springs Road, Suite 372<br>Lincroft, New Jersey 07738<br>(551) 280-9780<br>Richard Gerbino, Esq. (ID #057351993)<br>Attorneys for Creditor TD Bank N.A. a/k/a TD Banknorth N.A. | Order Filed on October 19, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>  Mark Ranucci<br>    d/b/a Onesource Title Group<br>  Lisa Ranucci,<br><br>                              Debtors. | Case No.:  18-23067-mbk<br><br>Hearing Date:<br><br>Judge:  Hon. Michael B. Kaplan<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING MOTIOIN FOR RELIEF
## FROM AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: October 19, 2021**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page 2
Debtor: Mark Ranucci and Lisa Ranucci
Case No.: 18-23067-MBK
Caption of Order:   **Consent Order Resolving Motion for Relief from Automatic Stay**

___

WHEREAS, TD Bank N.A. a/k/a TD Banknorth, N.A. (hereinafter "Creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the Creditor and Debtors hereby agree as follows:

1. That the Debtors will continue to make the regular monthly payments pursuant to the terms of the Home Equity Line of Credit Agreement and Disclosure Statement and Mortgage in a timely fashion commencing with the payment due on or before September 1, 2021.

2. In the event Debtors fail to make any payment called for in this Consent Order thirty (30) days of the due date, Creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the Debtors and counsel for Debtors.  Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the Creditor relief from the automatic stay unless the Debtors have filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

**Page 3**
Debtor: Mark Ranucci and Lisa Ranucci
Case No.: 18-23067-MBK
Caption of Order:  **Consent Order Resolving Motion for Relief from Automatic Stay**

___

3.    The Debtors shall reimburse the Creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $188.00 for bringing the motion for relief from the automatic stay.

| | |
|---|---|
| */s/ Richard Gerbino* | */s/ Brian Gregory Hannon* |
| Richard Gerbino, Esq. | Brian Gregory Hannon, Esq. |
| Attorney for Creditor | Attorney for Debtor |
| Schiller, Knapp, Lefkowitz & Hertzel, LLP | Law Office of Norgaard O'Boyle |
| 716 Newman Springs Road, Suite 372 | 184 Grand Avenue |
| Lincroft, New Jersey 07738 | Englewood, New Jersey 07631 |
| Dated: September 23, 2021 | Dated: September 23, 2021 |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-23067-MBK |
| Mark Ranucci | Chapter 13 |
| Lisa Ranucci | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 20, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mark Ranucci, Lisa Ranucci, 611Grassmere Avenue, Interlaken, NJ 07712-4316 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Brian Gregory Hannon | on behalf of Debtor Mark Ranucci bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Joint Debtor Lisa Ranucci bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 20, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Jill Manzo
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 bankruptcy@fskslaw.com

Kevin Gordon McDonald
    on behalf of Creditor VW Credit Leasing  Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Philip A Kahn
    on behalf of Loss Mitigation JP Morgan Chase pkahn@feinsuch.com

R. A. Lebron
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WASHINGTON MUTUAL MSC MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2003-S13 bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-S13 bankruptcy@fskslaw.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

Richard Gerbino
    on behalf of Creditor TD Bank  N.A. a/k/a TD Banknorth, N.A. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Richard James Tracy, III
    on behalf of Creditor TD Bank  N.A. richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 18