Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23067−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark Ranucci
dba Onesource Title Group
611Grassmere Avenue
Interlaken, NJ 07712

Lisa Ranucci
611Grassmere Avenue
Interlaken, NJ 07712

Social Security No.:
xxx−xx−7138

xxx−xx−9577

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/26/22 at 09:00 AM

to consider and act upon the following:

*152* − Certification In Objection to (related document:doc Notice of Mortgage Payment Change. Re: Claim #: 15 with Certificate of Service. Filed by SELECT PORTFOLIO SERVICING, INC as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2003−S13 (Attachments: # 1 Exhibit # 2 Certificate of Service) filed by Creditor SELECT PORTFOLIO SERVICING, INC as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2003−S13) filed by Brian Gregory Hannon on behalf of Lisa Ranucci, Mark Ranucci. (Hannon, Brian)

Dated: 1/5/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court