UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
SELECT PORTFOLIO SERVICING, INC.
as servicer for U.S. BANK
NATIONAL ASSOCIATION ON BEHALF OF
CERTIFICATEHOLDERS OF THE WAMU
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2003-S13
R.A. LEBRON, ESQ.
SPS2005
bankruptcy@fskslaw.com

| In Re: | Case No.: 18-23067 MBK |
|---|---|
| MARK RANUCCI dba ONESOURCE TITLE GROUP and LISA RANUCCI | Adv. No.: |
| | Hearing Date: February 23, 2022 |
| Debtor(s). | Judge: Honorable Michael B. Kaplan, Chief Judge |

**CERTIFICATION OF SERVICE**

1. I, Kelly Mastandrea:

   ☐ represent the _____ in this matter.

   ☒ am a paralegal for FEIN, SUCH, KAHN & SHEPARD, P.C., who represents the Secured Creditor, SELECT PORTFOLIO SERVICING, INC. as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-S13 in this matter.

   ☐ am the _____ in the above case and am representing myself.

2. On February 8, 2022, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

a. Order Resolving Objection to Confirmation.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BRIAN GREGORY HANNON<br>LAW OFFICE OF NORGAARD O'BOYLE<br>184 GRAND AVENUE<br>ENGLEWOOD, NJ 07631 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>   (D.N.J. LBR 9013-4) |
| ALBERT RUSSO<br>CHAPTER 13 STANDING TRUSTEE<br>CN 4853<br>TRENTON, NJ 08650 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>   (D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>   (D.N.J. LBR 9013-4) |
| MARK RANUCCI dba<br>ONESOURCE TITLE GROUP<br>LISA RANUCCI<br>611 GRASSMERE AVENUE<br>INTERLAKEN, NJ 07712 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 8, 2022        /S/ KELLY MASTANDREA
                               Kelly Mastandrea,
                               Paralegal