Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23067−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark Ranucci
dba Onesource Title Group
611Grassmere Avenue
Interlaken, NJ 07712

Lisa Ranucci
611Grassmere Avenue
Interlaken, NJ 07712

Social Security No.:
xxx−xx−7138                                         xxx−xx−9577

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/9/22 at 09:00 AM

to consider and act upon the following:

*161* − Creditor's Certification of Default (related document:115 Order (Generic)) filed by R. A. Lebron on behalf of SELECT PORTFOLIO SERVICING, INC as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2003−S13. Objection deadline is 02/8/2022. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Lebron, R.)

Dated: 2/9/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court