Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−23067−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Mark Ranucci                                       Lisa Ranucci
   dba Onesource Title Group                611Grassmere Avenue
   611Grassmere Avenue                    Interlaken, NJ 07712
   Interlaken, NJ 07712

Social Security No.:
   xxx−xx−7138                                     xxx−xx−9577

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/9/22 at 09:00 AM

to consider and act upon the following:

*161* − Creditor's Certification of Default (related document:115 Order (Generic)) filed by R. A. Lebron on behalf of SELECT PORTFOLIO SERVICING, INC as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2003−S13. Objection deadline is 02/8/2022. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Lebron, R.)

Dated: 2/9/22

                                                                 Jeanne Naughton
                                                                  Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-23067-MBK |
| Mark Ranucci | Chapter 13 |
| Lisa Ranucci | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 09, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mark Ranucci, Lisa Ranucci, 611Grassmere Avenue, Interlaken, NJ 07712-4316 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Brian Gregory Hannon | on behalf of Debtor Mark Ranucci bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Joint Debtor Lisa Ranucci bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 09, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Jill Manzo
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 bankruptcy@fskslaw.com

Kevin Gordon McDonald
    on behalf of Creditor VW Credit Leasing  Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Philip A Kahn
    on behalf of Loss Mitigation JP Morgan Chase pkahn@feinsuch.com

R. A. Lebron
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WASHINGTON MUTUAL MSC MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2003-S13 bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-S13 bankruptcy@fskslaw.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

Richard Gerbino
    on behalf of Creditor TD Bank  N.A. a/k/a TD Banknorth, N.A. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Richard James Tracy, III
    on behalf of Creditor TD Bank  N.A. richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Tammy L. Terrell
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-S13 bankruptcy@fskslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19