UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13
R.A. LEBRON, ESQ.
SPS2005
bankruptcy@fskslaw.com

| In Re: | Case No.: 18-23067 MBK |
|---|---|
| MARK RANUCCI dba ONESOURCE TITLE GROUP and LISA RANUCCI | Chapter: 13 |
| Debtor(s). | Hearing Date: March 9, 2022 |
| | Judge: Honorable Michael B. Kaplan, Chief Judge |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled.    ☒ Withdrawn.

Matter:  <u>Creditor's Certification of Default Re: 611 Grassmere Avenue, Interlaken, NJ 07712 filed on 01/25/2022 under docket # 161.</u>

Date: <u>02/14/2022</u>           /s/ R.A. Lebron, Esq.
                                 R.A. LEBRON, ESQ.