| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive – Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>SELECT PORTFOLIO SERVICING, INC.<br>as servicer for U.S. BANK<br>NATIONAL ASSOCIATION ON BEHALF OF<br>CERTIFICATEHOLDERS OF THE WAMU<br>MORTGAGE PASS-THROUGH<br>CERTIFICATES, SERIES 2003-S13<br>R.A. LEBRON, ESQ.<br>SPS2005<br>bankruptcy@fskslaw.com | **Order Filed on February 23, 2022 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re:<br><br>MARK RANUCCI dba<br>ONESOURCE TITLE GROUP and<br>LISA RANUCCI<br><br>Debtor(s). | Case No.: 18-23067 MBK<br><br>Adv. No.:<br><br>Hearing Date: February 23, 2022<br><br>Judge: Honorable Michael B. Kaplan, Chief Judge |

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: February 23, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor(s): MARK RANUCCI dba ONESOURCE TITLE GROUP and LISA RANUCCI
Case No: 18-23067 MBK
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., Attorneys for the Secured Creditor, SELECT PORTFOLIO SERVICING, INC. as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-S13, as to certain real property known as <u>611 GRASSMERE AVENUE, INTERLAKEN, NJ 07712</u> as set forth in the papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. With respect to the treatment of Secured Creditor, SELECT PORTFOLIO SERVICING, INC. as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-S13 only, Part 4.a. of the proposed modified plan is hereby amended to reflect as follows:

**(Page 3)**
Debtor(s): MARK RANUCCI dba ONESOURCE TITLE GROUP and LISA RANUCCI
Case No: 18-23067 MBK
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Select Portfolio Servicing, Inc. | 611 Grassmere Ave, Interlaken, NJ 07712 | $133,243.67 (prepetition arrears per proof of claim)  $4,226.99 (post-petition arrears per Order entered 6/8/20) | 0% | $133,243.67 (prepetition arrears per proof of claim)  $4,226.99 (post-petition arrears per Order entered 6/8/20) | $2,657.19 |

*The creditor was previously listed as Chase Bank USA.*

2. The above amended treatment does not impact the proposed treatment of any other creditor listed in the Plan or more specifically Part 4.a.

3. The Debtor(s) shall maintain monthly mortgage payments in accordance with the Order Resolving Creditor's Certification of Default with Conditions entered on June 8, 2020.

4. The monthly post-petition payment amount is subject to change in accordance with the terms of the underlying note, mortgage and applicable federal and state law.

**(Page 4)**
Debtor(s): MARK RANUCCI dba ONESOURCE TITLE GROUP and LISA RANUCCI
Case No: 18-23067 MBK
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

5. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

6. The Movant shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.