Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23067−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Mark Ranucci                                      Lisa Ranucci
   dba Onesource Title Group                         611Grassmere Avenue
   611Grassmere Avenue                               Interlaken, NJ 07712
   Interlaken, NJ 07712

Social Security No.:
   xxx−xx−7138                                       xxx−xx−9577

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 24, 2022.

Dated: February 24, 2022
JAN: bwj

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Mark Ranucci  
Lisa Ranucci  
    Debtors

Case No. 18-23067-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Feb 24, 2022     Form ID: plncf13     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Ranucci, Lisa Ranucci, 611Grassmere Avenue, Interlaken, NJ 07712-4316 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517710059 | | Emergency Physician Associate North Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 517619042 | + | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4673 |
| 518029177 | | JPMORGAN BANK, N.A. servicer for US BANK NATIONAL, CHASE RECORDS CENTER ATT CORRESPONDENCE, MAIL CODE LA4-5555, 700 KANSAS LANE MONROE LA 71203 |
| 517682779 | + | TD Bank, N.A., c/o Schiller, Knapp, Lefkowitz,& Hertzel, Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517687493 | + | TD Bank, N.A., c/o Richard J. Tracy, Ill, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 518967707 | + | U.S. Bank National Association on behalf of Certi, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518967708 | | U.S. Bank National Association on behalf of Certi, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165, U.S. Bank National Association on behalf Serviced by Select Portfolio Servicing, |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 24 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 24 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2022 20:34:32 | JP Morgan Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 517671442 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 20:35:05 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517619039 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 20:34:32 | Capital One Bank NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 517619041 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 24 2022 20:34:58 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 517619042 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Feb 24 2022 20:32:00 | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4673 |
| 517619043 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 24 2022 20:34:59 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517619044 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 24 2022 20:35:00 | First Premier Bank-Credit Card Dept., PO Box 5519, Sioux Falls, SD 57117-5519 |
| 517619045 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2022 20:32:00 | IRS - Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517619040 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2022 20:35:04 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 517691674 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 20:45:22 | LVNV Funding, LLC its successors and assigns |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517827007 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 24 2022 20:34:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517619047 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 24 2022 20:34:32 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 517715532 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 24 2022 20:32:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517660593 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2022 20:32:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517619048 | | Email/Text: bankruptcy@td.com | Feb 24 2022 20:32:00 | TD Bank, PO Box 9547, Portland, ME 04112-9547 |
| 518003381 | | Email/Text: bankruptcy@td.com | Feb 24 2022 20:32:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 517665124 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 24 2022 20:32:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517915382 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2022 20:35:04 | US Bank National Bank Assoc., c/o Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 517619049 | | Email/Text: vci.bkcy@vwcredit.com | Feb 24 2022 20:32:00 | VW Credit, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 517636251 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Feb 24 2022 20:32:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517721748 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 24 2022 20:35:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517619046 | * | IRS-Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed**

below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian Gregory Hannon | on behalf of Debtor Mark Ranucci bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Joint Debtor Lisa Ranucci bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Jill Manzo | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 bankruptcy@fskslaw.com |
| Kevin Gordon McDonald | on behalf of Creditor VW Credit Leasing Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Philip A Kahn | on behalf of Loss Mitigation JP Morgan Chase pkahn@feinsuch.com |
| R. A. Lebron | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor SELECT PORTFOLIO SERVICING INC as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-S13 bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WASHINGTON MUTUAL MSC MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 bankruptcy@fskslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Richard Gerbino | on behalf of Creditor TD Bank N.A. a/k/a TD Banknorth, N.A. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Richard James Tracy, III | on behalf of Creditor TD Bank N.A. richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| Tammy L. Terrell | on behalf of Creditor SELECT PORTFOLIO SERVICING INC as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-S13 bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 19