Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–23067–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark Ranucci                                    Lisa Ranucci
dba Onesource Title Group                       611Grassmere Avenue
611Grassmere Avenue                             Interlaken, NJ 07712
Interlaken, NJ 07712

Social Security No.:
xxx–xx–7138                                     xxx–xx–9577

Employer's Tax I.D. No.:

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

   TO: Mark Ranucci and Lisa Ranucci
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post–petition amounts.

Dated: July 6, 2023
JAN: mrg

                                        Jeanne Naughton, Clerk