# NORGAARD, O'BOYLE & HANNON

(A TRADE NAME OF GARY K. NORGAARD, PC)
## COUNSELLORS AT LAW

GARY K. NORGAARD† (ret.)
JOHN O'BOYLE
KARL J. NORGAARD†
BRIAN G. HANNON†
CASSANDRA C. NORGAARD†

―――――――――――

ANTHONY E. HOPE†
MARK E. NORGAARD†
JACLYNN N. MCDONNELL◊

―――――――――――

WILLIAM H. SCHMIDT of counsel
ILISSA CHURGIN HOOK of counsel †
MILICA A. FATOVICH of counsel

184 GRAND AVENUE
ENGLEWOOD, NEW JERSEY 07631-3507
Telephone (201) 871-1333
Facsimile (201) 871-3161

―――

810 ASBURY AVENUE, SUITE 206
OCEAN CITY, NEW JERSEY 08226
Telephone No. (609) 439-4070
Facsimile (609) 439-4280
By Appointment Only

―――

1025 WESTCHESTER AVENUE, SUITE 215
WHITE PLAINS, NEW YORK 10604
By Appointment Only

Senders Direct Email:
kcimmino@norgaardfirm.com

† NJ & NY Bars
◊ NJ, NY & FL Bars

www.norgaardfirm.com

**PLEASE REPLY TO
ENGLEWOOD OFFICE**



July 31, 2023

Clerk of the Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:    Mark Ranucci and Lisa Ranucci, Debtor(s)
       Chapter 13, Case No. 18-23067 (MBK)
       Our File No. 17-178
       Order Granting Motion to Cancel and Discharge Mortgage, Docket No. 201

Dear Sir/Madam:

Attached please find a copy of a check for $12.00 made payable to the Clerk of the Court for a Certified True Copy of the Orders Granting Motion to Cancel and Discharge Mortgage in the above referenced matter. I have also enclosed a pre-paid self-addressed envelope for same. Your attention to this matter is greatly appreciated.

Very truly yours,
/s/ *Brian G. Hannon, Esq.*
Brian G. Hannon, Esq.

Enclosure

Print Shipment

8/3/23, 2:55 PM

Account No: 1541A-17
NORGAARD PC/GARY K
Gary K. Norgaard, PC
184 GRAND AVENUE
ENGLEWOOD, NJ 07631

**PRIORITY**

Billing Reference No: 17-178

LREX

**PRIORITY**
TRACKING # 26464414
Label Date: 8/3/2023 2:55 PM

**RECIPIENT**
US Bankruptcy Court
Clerk of the Court
50 WALNUT ST
Martin Luther King Jr. Federal Bldg
Newark, NJ 07102-3595

PU3

AFFIX THIS PART TO YOUR SHIPMENT