**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)
**NORGAARD, O'BOYLE & HANNON**
184 Grand Avenue
Englewood, New Jersey 07631
Phone: (201) 871-1333
Fax: (201) 871-3161
Counsel to Chapter 13 Debtors

By: Brian G. Hannon, Esq. (BGH - 3645)
   bhannon@norgaardfirm.com

Order Filed on October 30, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARK RANUCCI and LISA RANUCCI,

　　　　　　　　　　　　　　　Debtors.

Chapter 7

Case No. 18-23067 (MBK)

Hearing Date: October __, 2023
at 9:00 a.m.

**ORDER REOPENING DEBTORS' CHAPTER 13 BANKRUPTCY CASE PURSUANT TO F.R.B.P. 5010 FOR THE PURPOSE OF FILING THE PROPOSED MOTION FOR AN ORDER (I) DEEMING TD BANK, N.A.'S MORTGAGE CURRENT; (II) AWARDING FEES AND COSTS; (III) IMPOSING SANCTIONS AGAINST TD BANK, N.A. FOR VIOLATION OF THE POST-DISCHARGE INJUNCTION; AND (IV) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 30, 2023**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page    2
Debtors:    **Mark Ranucci and Lisa Ranucci**
Case No.:    **18-23067 (MBK)**
**Order Reopening The Debtors' Chapter 13 Bankruptcy Case Pursuant To <u>F.R.B.P. 5010</u> For The Purpose Of Filing The Proposed Motion For An Order (I) Deeming TD Bank, N.A.'s Mortgage Current; (II) Awarding Fees And Costs; (III) Imposing Sanctions Against TD Bank, N.A. For Violation Of The Post-Discharge Injunction; And (IV) Granting Related Relief**

---

This matter having been opened to the Court upon the Motion of the Chapter 13 Debtors Mark Ranucci and Lisa Ranucci (the "Debtors"), by and through their counsel Norgaard O'Boyle & Hannon, for an Order Reopening the Debtors' Chapter 13 Case for the Purposes of Filing the Proposed Motion for an Order (I) Deeming TD Bank, N.A.'s Mortgage Current; (II) Awarding Fees And Costs; (III) Imposing Sanctions Against TD Bank, N.A. For Violation Of The Post-Discharge Injunction; And (IV) Granting Related Relief (the "Motion"); and the Court having considered the Debtors' Motion and the opposition thereto, if any, and the arguments of counsel, if any; and good cause appearing for the entry of this Order;

**IT IS ORDERED**:

1. That the Debtors' Chapter 13 Bankruptcy proceeding is hereby Reopened so that the Debtors can file the Proposed Motion for an Order (I) Deeming TD Bank, N.A.'s Mortgage Current; (II) Awarding Fees And Costs; (III) Imposing Sanctions Against TD Bank, N.A. For Violation Of The Post-Discharge Injunction; And (IV) Granting Related Relief

2. Debtors' counsel shall serve a copy of the within Order upon the Chapter 13 Standing Trustee and TD Bank, N.A. and filed with the Court a Certification of Service; and