| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**NORGAARD, O'BOYLE & HANNON**<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Phone: (201) 871-1333<br>Fax: (201) 871-3161<br>Counsel to Chapter 13 Debtors<br><br>By:  Brian G. Hannon, Esq. (BGH - 3645)<br>        bhannon@norgaardfirm.com | Order Filed on October 30, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARK RANUCCI and LISA RANUCCI,<br><br>                    Debtors. | Chapter 7<br><br>Case No. 18-23067 (MBK)<br><br>Hearing Date:  October __, 2023<br>at 9:00 a.m. |

**ORDER REOPENING DEBTORS' CHAPTER 13 BANKRUPTCY CASE PURSUANT TO F.R.B.P. 5010 FOR THE PURPOSE OF FILING THE PROPOSED MOTION FOR AN ORDER (I) DEEMING TD BANK, N.A.'S MORTGAGE CURRENT; (II) AWARDING FEES AND COSTS; (III) IMPOSING SANCTIONS AGAINST TD BANK, N.A. FOR VIOLATION OF THE POST-DISCHARGE INJUNCTION; AND (IV) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 30, 2023**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors: **Mark Ranucci and Lisa Ranucci**
Case No.: **18-23067 (MBK)**
**Order Reopening The Debtors' Chapter 13 Bankruptcy Case Pursuant To <u>F.R.B.P. 5010</u> For The Purpose Of Filing The Proposed Motion For An Order (I) Deeming TD Bank, N.A.'s Mortgage Current; (II) Awarding Fees And Costs; (III) Imposing Sanctions Against TD Bank, N.A. For Violation Of The Post-Discharge Injunction; And (IV) Granting Related Relief**

___

This matter having been opened to the Court upon the Motion of the Chapter 13 Debtors Mark Ranucci and Lisa Ranucci (the "Debtors"), by and through their counsel Norgaard O'Boyle & Hannon, for an Order Reopening the Debtors' Chapter 13 Case for the Purposes of Filing the Proposed Motion for an Order (I) Deeming TD Bank, N.A.'s Mortgage Current; (II) Awarding Fees And Costs; (III) Imposing Sanctions Against TD Bank, N.A. For Violation Of The Post-Discharge Injunction; And (IV) Granting Related Relief (the "Motion"); and the Court having considered the Debtors' Motion and the opposition thereto, if any, and the arguments of counsel, if any; and good cause appearing for the entry of this Order;

**IT IS ORDERED**:

1. That the Debtors' Chapter 13 Bankruptcy proceeding is hereby Reopened so that the Debtors can file the Proposed Motion for an Order (I) Deeming TD Bank, N.A.'s Mortgage Current; (II) Awarding Fees And Costs; (III) Imposing Sanctions Against TD Bank, N.A. For Violation Of The Post-Discharge Injunction; And (IV) Granting Related Relief

2. Debtors' counsel shall serve a copy of the within Order upon the Chapter 13 Standing Trustee and TD Bank, N.A. and filed with the Court a Certification of Service; and

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-23067-MBK
Mark Ranucci  Chapter 13
Lisa Ranucci
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Nov 01, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mark Ranucci, Lisa Ranucci, 611Grassmere Avenue, Interlaken, NJ 07712-4316 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Brian Gregory Hannon | on behalf of Debtor Mark Ranucci bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang.b124931@notify.bestcase.com |
| Brian Gregory Hannon | on behalf of Joint Debtor Lisa Ranucci bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang.b124931@notify.bestcase.com |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Nov 01, 2023     Form ID: pdf903     Total Noticed: 1

Denise E. Carlon
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Kevin Gordon McDonald
    on behalf of Creditor VW Credit Leasing  Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Philip A Kahn
    on behalf of Loss Mitigation JP Morgan Chase pkahn@feinsuch.com

R. A. Lebron
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WASHINGTON MUTUAL MSC MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S13 bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2003-S13 bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-S13 bankruptcy@fskslaw.com

Richard Gerbino
    on behalf of Creditor TD Bank  N.A. a/k/a TD Banknorth, N.A. rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

Richard James Tracy, III
    on behalf of Creditor TD Bank  N.A. richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Tammy L. Terrell
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC as servicer for U.S. BANK NATIONAL ASSOCIATION ON BEHALF OF CERTIFICATEHOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-S13 bankruptcy@fskslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17